USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KAREN RODRIGUEZ,                    :    08 Civ. 11184 (SHS)

               Plaintiff,        :

     -against-                      :    ORDER

HUB INTERNATIONAL NORTHEAST LIMITED,:
ET ANO,
                                       :
              Defendants
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

       A pretrial conference having been held today, with counsel for all parties present,

       IT IS HEREBY ORDERED that:

       1.     The last day for completion of discovery remains at November 6, 2009;

and

       2.     The next conference is scheduled for November 6, 2009, at 10:00 a.m.

Dated: New York, New York
       August 20, 2009

                                                   SO ORDERED:

                                                     Sidney H. Stein, U.S.D.J.